Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael L. Vander Giessen
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 1 7 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CATLIN RAY SARGENT,<br><br>Defendant. | 2:24-CR-7-TOR<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. § 2244(a)(2), 49 U.S.C. § 46506(1)<br>Abusive Sexual Contact on an Aircraft<br>(Count 1)<br><br>18 U.S.C. § 113(a)(5),<br>49 U.S.C. § 46506(1)<br>Simple Assault on an Aircraft<br>(Count 2) |

The Grand Jury charges:

COUNT 1

On or about June 3, 2023, the Defendant, CATLIN RAY SARGENT, being an individual on an aircraft in the special aircraft jurisdiction of the United States, to wit: Delta Airlines flight number 416, which originated from Salt Lake City, Utah, and landed at the Spokane International Airport in the Eastern District of Washington, did, in flight, knowingly have sexual contact with H.J.O. by

INDICTMENT – 1

intentionally touching H.J.O.'s inner thigh through H.J.O's clothing with an intent to abuse, humiliate, harass, degrade, or arouse or gratify the sexual desire of any person, and did so without H.J.O.'s consent, in violation of 18 U.S.C. § 2244(a)(2) and 49 U.S.C. § 46506(1).

## COUNT 2

On or about June 3, 2023, the Defendant, CATLIN RAY SARGENT, being an individual on an aircraft in the special aircraft jurisdiction of the United States, to wit: Delta Airlines flight number 416, which originated from Salt Lake City, Utah, and landed at the Spokane International Airport in the Eastern District of Washington, did, in flight, assault H.J.O. by willfully and intentionally touching and making physical contact with H.J.O. in an offensive manner without justification or excuse, in violation of 18 U.S.C. § 113(a)(5) and 49 U.S.C. § 46506(1).

DATED this 17th day of January, 2024.

A TRUE BILL

Vanessa Waldref
_____
Vanessa R. Waldref
United States Attorney

_____
Michael L. Vander Giessen
Assistant United States Attorney

INDICTMENT – 2