FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2024

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** CATLIN RAY SARGENT          **CASE NO.** 4:24-CR-7-TOR-1

TOTAL # OF COUNTS: 2   ☑ FELONY   ☐ MISDEMEANOR   ☑ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2244(a)(2), 49 U.S.C. § 46506(1) | Abusive Sexual Contact on an Aircraft (a Class E felony and Tier I sex offense) | Not more than three years' imprisonment and/or a $250,000 fine; not more than one year's supervised release; a $100 special penalty assessment; and a requirement to register as a sex offender for a duration of 15 years |
| 2 | 18 U.S.C. § 113(a)(5), 49 U.S.C. § 46506(1) | Simple Assault on an Aircraft (a Class B misdemeanor) | Not more than six months' imprisonment and/or a $5,000 fine; not more than five years' probation; and a $10 special penalty assessment |