# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v.  CATLIN RAY SARGENT**          **Case No.    2:24-CR-0007-TOR-1**

**Initial Appearance and Arraignment on Indictment:**          **02/08/2024**

| | | | |
|---|---|---|---|
| ☒ | Melissa Orosco, Courtroom Deputy | ☒ | Ann Wick, Supervising US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Jacquelyn Nader, US Atty Intern |
| ☒ | Defendant present ☒ out of custody | ☒ | Molly Winston, Defense Atty |
| | | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Indictment |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Indictment |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Indictment read in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☐ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, out of custody, with counsel and acknowledged to the Court that his true and correct name is CATLIN RAY SARGENT.

Defendant was advised of his rights and the allegations contained in the Indictment.

"Not guilty" plea entered.

Based on information provided in the Financial Affidavit, the Court appointed the Federal Defenders to represent Defendant in this matter.

Government is not seeking detention.

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release imposed upon Defendant which were read to him in Court.  Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local, tribal or federal law, to include no marijuana

- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Comply with any other conditions imposed in other courts if applicable
- Advise Pretrial Services, the Court, and attorney, in writing, prior to any change in residence or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- Call attorney at least once per week
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Reside in Eastern District of Washington while case is pending but may travel to other districts for employment if approved by Pretrial Services in advance
- Avoid all contact, direct or indirect, with any witness or victim in case, to include codefendants

**Detention Hearing:**
*NA; USA not seeking detention.*