UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  v.<br><br>CATLIN RAY SARGENT,<br><br>                  Defendant. | CASE NO: 2:24-CR-0007-TOR<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES |

      BEFORE THE COURT is Defendant's Unopposed Motion to Continue Pretrial and Trial Dates. ECF No. 14. The motion was submitted for hearing without oral argument. The Court has reviewed the record and the files herein and is fully informed.

      Defendant is currently scheduled to appear before the Court for a pretrial conference on March 27, 2024, and a jury trial is scheduled to begin on April 15, 2024. She now moves, through counsel and unopposed by the government, to continue the trial to a date for 90 days. In support of her motion, defense counsel explains that she needs additional time to collect and review supplemental

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 1

1  discovery; conduct legal research; interview witnesses; and otherwise prepare for
2  trial.  She has waived her right to a speedy trial through July 22, 2024.  ECF No.
3  15.  The Court finds that the Defendant requires additional time to investigate and
4  prepare for trial, taking into account the exercise of due diligence, and that his
5  interests would not be adequately represented without a continuance.  Accordingly,
6  the motion is granted.
7       IT IS HEREBY ORDERED:
8       1.  The Motion to Continue Pretrial and Trial Dates (ECF No. 14) is
9  **GRANTED**.
10      2.  The pretrial conference currently scheduled for March 27, 2024,
11 is vacated and continued to **June 26, 2024, at 11:30 a.m.**, in Spokane Courtroom
12 902.  All substantive pre-trial motions, including motions *in limine* and *Daubert*
13 motions, shall be filed and served on or before **June 5, 2024**, and noted for hearing
14 at the pretrial conference.  Any response to a substantive pre-trial motion shall be
15 filed and served in accordance with Local Rule 7.  If the Court determines an
16 evidentiary hearing is appropriate, the Court will notify the parties of the date and
17 time for such hearing.   Any motion to continue the pretrial conference and/or trial
18 shall be filed no later than **seven (7) days prior to said proceeding and must**
19 **include the following:** (1) specific and detailed reasons for the continuance to
20 permit the Court to make the necessary findings; (2) the Defendant's signed

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 2

Speedy Trial waiver[1]; (3) the position of opposing counsel, and if applicable, any co-Defendants; and (4) a proposed new trial date or specific length of time. The Court's Speedy Trial waiver form shall be used and can be found at:

http://www.waed.uscourts.gov/sites/default/files/forms/tor_speedy_trial_waiver_0.pdf

**Absent good cause shown, continuances are not freely granted.**

3. The jury trial currently scheduled for April 15, 2024, is vacated and continued to **July 15, 2024, at 8:30 a.m.**, in Spokane Courtroom 902. Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any pending pretrial issues. Jury selection will begin promptly at 9:00 a.m. Trial briefs, proposed voir dire, jury instructions, verdict forms, exhibit lists, and expert witness lists shall be filed and served by all parties on or before **seven (7) calendar days** prior to trial.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between March 4, 2024, until July 15, 2024, is DECLARED EXCLUDABLE for purposes of computing time under the Speedy Trial Act. The Court finds that the ends of

---

[1] The Court will allow counsel to sign the waiver for Defendant provided the waiver includes certification from counsel that the waiver has been discussed with the Defendant and that Defendant consents to the waiver and counsel signing the waiver on his/her behalf.

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 3

justice served by such a continuance outweigh the interests of the public and Defendant in a speedy trial.

    5.    Counsel for the defense shall notify the Defendant and ensure her attendance at every scheduled hearing and trial.

    IT IS SO ORDERED.  The District Court Executive is directed to enter this order and provide copies to counsel, the United States Probation Office, and the United States Marshal's Service.

    DATED March 25, 2024.



                THOMAS O. RICE
                United States District Judge

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 4