## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CATLIN RAY SARGENT,<br><br>Defendant. | Case No. 2:24-CR-0007-TOR-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:   7/10/2024<br><br>LOCATION:  Spokane<br><br>**CHANGE OF PLEA** |

**JUDGE THOMAS O. RICE**

| Linda Hansen | | Crystal Gonzalez |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk**        **Interpreter** | **Court Reporter** |
| Michael Vander Giessen | | Molly M Winston |
| **Government Counsel** | | **Defense Counsel** |

[ X ] Open Court                                            [   ] US Probation Officer:

Defendant is present with counsel and is in custody of the US Marshal.

A signed, original Plea Agreement was provided to the Court.

Oath administered to Defendant for change of plea.   Defendant confirmed his true and correct name.

The Court advised the Defendant of rights given up by entering a guilty plea including the right to a jury trial.   The Court confirmed Defendant's understanding of the elements and facts depicted in the Plea Agreement, which would need to be proven to obtain a conviction. The Court advised the Defendant that he will be giving up certain rights to appeal.

Defendant pleaded guilty to Count 2 of the Indictment and the Court accepted his plea. The Court finds the Defendant fully competent and aware of the charges against him; and that he knowingly and voluntarily entered into the Plea Agreement.

The Court ordered a presentence report and set Sentencing for **10/9/2024 at 1:00 p.m.**

Defendant shall remain on the previously imposed conditions of release pending sentencing.

| CONVENED: 10:36 AM | ADJOURNED: 10:45 AM | TIME: 9 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|